IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

VANESSA M. SHERROD,               )
                                  )
            Plaintiff,            )      TC-MD 111128C
                                  )
      v.                          )
                                  )
DEPARTMENT OF REVENUE,            )
State of Oregon,                  )
                                  )
            Defendant.            )      **DECISION**

This matter is before the court on Defendant's Recommendations filed April 18, 2012.
Plaintiff filed her Complaint on October 7, 2011, challenging Defendant's Notices of Proposed
Adjustments and/or Distributions for the 2009 and 2010 tax years. Defendant filed its Motion to
Dismiss on January 17, 2012. The court granted Defendant's Motion to Dismiss Plaintiff's
Complaint for the 2009 tax year by Order filed February 10, 2012. That Order is hereby
incorporated into this Decision.

Defendant filed Recommendations on April 18, 2012, stating that it "agrees that
[Plaintiff] is entitled to the childcare credits as they were originally claimed on the 2010 Oregon
tax return. * * * Defendant will issue an additional refund of $3,072 plus statutory interest for
tax year 2010." (Def's Recs at 1.) Because the parties are in agreement for tax year 2010, the
case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss tax year
2009 from Plaintiff's Complaint is granted.

/ / /

/ / /

/ / /

DECISION  TC-MD 111128C                                                              1

IT IS FURTHER DECIDED that for tax year 2010, Defendant shall cancel its notice of

Proposed Adjustment and/or Distribution, dated May 6, 2011, and issue or otherwise credit

Plaintiff a refund of $3,072 with statutory interest, if any.

Dated this ____ day of April 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Dan Robinson on April 23, 2012. The Court filed and entered this document on April 23, 2012.*